UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RICHARD SPILKER,

    Plaintiff,

-vs-                                  CASE NO.: 5:19-CV-00076-JSM-PRL

DIVERSIFIED ADJUSTMENT
SERVICE, INC.,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, Richard Spilker, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 24, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Ernest "Skip" H. Kohlmyer, III, Esq., and Mary Grace Dyleski, Esq., Shepard, Smith, Kohlmyer & Hand, P.A., 2300 Maitland Center Parkway, Suite 100, Maitland, FL 32751 (SKohlmyer@shepardsmith.com and mdyleski@shepardfirm.com).

    */s/ Jason R. Derry, Esquire*
    Jason R. Derry, Esquire
    Florida Bar No.: 0036970
    Morgan & Morgan, Tampa, P.A.
    One Tampa City Center
    201 North Franklin Street, 7th Floor
    Tampa, FL 33602
    Telephone: (813) 223-5505
    Facsimile: (813) 257-0577
    jderry@ForThePeople.com
    jkneeland@ForThePeople.com
    lstokes@ForThePeople.com
    *Attorney for Plaintiff*