UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RICHARD SPILKER

      Plaintiff,                        **CASE NO.: 5:19-cv-00076-JSM-PRL**

v.

DIVERSIFIED ADJUSTMENT
SERVICE, INC.

      Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, Richard Spilker, and Defendant, Diversified Adjustment Service, Inc., by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with Prejudice, each party to bear their own costs and attorneys' fees.

Dated this **23rd day of September, 2019**

| | |
|---|---|
| */s/ Jason R. Derry* | */s/ Ernest H. Kohlmyer, III* |
| Jason R. Derry | Ernest H. Kohlmyer, III |
| Florida Bar No.: 0036970 | Florida Bar No.: 110108 |
| jderry@ForThePeople.com | *skohlmyer@shepardfirm.com* |
| Morgan & Morgan, Tampa, P.A. | Shepard, Smith, Kohlmyer & Hand, P.A. |
| One Tampa City Center | 2300 Maitland Center Parkway, Suite 100 |
| 201 North Franklin Street, 7th Floor | Maitland, FL 32751 |
| Tampa, FL 33602 | Telephone (407) 622-1772 |
| Telephone: (813) 223-5505 | Facsimile (407) 622-1884 |
| Facsimile: (813) 257-0577 | *Attorneys for Defendant, Diversified* |
| *Attorney for Plaintiff* | *Adjustment Service, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed **on September 23, 2019** via the Clerk of Court's CM/ECF system which will provide electronic notice to: Jason R. Derry, Esquire and Joshua R. Kersey, Esquire of Morgan & Morgan, Tampa, P.A. at JDerry@forthepeople.com and JKersey@forthepeople.com (Attorneys for Plaintiff).

                                        */s/ Ernest H. Kohlmyer, III*
                                        Ernest H. Kohlmyer, III
                                        Florida Bar No.: 110108
                                        skohlmyer@shepardfirm.com
                                        Shepard, Smith, Kohlmyer & Hand, P.A.
                                        2300 Maitland Center Parkway, Suite 100
                                        Maitland, Florida 32751
                                        Telephone (407) 622-1772
                                        Facsimile (407) 622-1884
                                        *Attorneys for Defendant*